IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| STACEY DeGRAW, AS MOTHER AND NEXT FRIEND OF ELIZABETH STACEY CZAPLICKI, A MINOR * * * Plaintiff * * * LEONARD E. MOODISPAW, TRUSTEE OF THE EDWARD JOSEPH CZAPLICKI IRREVOCABLE INSURANCE TRUST * * * Defendant. * | Civil Action NO. S-02- CV-2862 |

\* \* \* \* \* \* \* \* \* \* \* \*

## CROSS MOTION FOR SUMMARY JUDGMENT

Defendant, Leonard E. Moodispaw, through his undersigned counsel hereby moves for summary judgment for the reasons set forth in Defendant's Memorandum in Opposition to Plaintiff's Motion for Summary Judgment and in Support of Defendant's Cross Motion for Summary Judgment.

_____
Peter H. Gunst
Christopher J. Marchand
Astrachan Thomas & Gunst P.C.
20 South Charles Street
Sixth Floor
410.783.3542

Attorneys for Defendant

25368