IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| STACEY DeGRAW, AS MOTHER AND NEXT FRIEND OF ELIZABETH STACEY CZAPLICKI, A MINOR | * |
| Plaintiff | * |
| | *   Civil Action NO. S-02- CV-2862 |
| LEONARD E. MOODISPAW, TRUSTEE OF THE EDWARD JOSEPH CZAPLICKI IRREVOCABLE INSURANCE TRUST | * |
| Defendant. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER**

Upon consideration of Defendant's Cross Motion for Summary Judgment and Defendant's Memorandum in Opposition to Plaintiff's Motion for Summary Judgment and in Support of Defendant's Cross Motion for Summary Judgment, and any opposition thereto,

IT IS this _____ day of _____, 2003,

ORDERED that Plaintiff's Motion for Summary Judgment be, and hereby is, DENIED; and

IT IS FURTHER ORDERED that Defendant's Cross Motion for Summary Judgment be, and hereby is, GRANTED.

SO ORDERED.

_____
United States District Court
  for the District of Maryland

25368

25368