LAW OFFICES

# SERIO & HIGDON, P.A.

SUITE 110 - YORK GREEN

1300 YORK ROAD

LUTHERVILLE, MARYLAND 21093-6000

TELEPHONE (410) 828-1946
FAX NO. (410) 828-6635

WWW.LAWYERS.COM/SERIO&HIGDON
JHIGDON@EROLS.COM
JBLARRIMORE@EROLS.COM

JEFFREY F. HIGDON   C. JOHN SERIO (1921-1988)
JAMES B. LARRIMORE

April 3, 2003

<u>VIA CM/ECM Electronic Filing only</u>

Civil Clerk
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
Edward Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201-2691

RE:   <u>Metropolitan Life Insurance Co. v. DeGraw, et al.</u>
       <u>DeGraw v. Moodispaw</u>
       Case #  WDQ-02-CV-2862

Dear Madam Clerk:

Attached hereto is a Consent Order For Partial Settlement and Partial Distribution of Funds, Without Prejudice, for submission to Judge Quarles for his consideration and approval.

Very truly yours,

**SERIO & HIGDON, P.A.**

By:
James B. Larrimore

Enclosure
cc w/ encl.:   Ms. Stacey DeGraw (via first class mail)
David A. Carter, Esq. (via CM/ECM only)
Christopher J. Marchand, Esq. (via CM/ECM only)

JBL:C:DeGraw/ Clerk.ltr