```
               IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MARYLAND
```

STACEY DeGRAW, as mother and      :
next friend of ELIZABETH
STACEY CZAPLICKI                  :

   vs.                            :   CIVIL ACTION NO. WDQ-02-2862

LEONARD MOODISPAW, TRUSTEE        :

## ORDER AND JUDGMENT

For the reasons set forth in the accompanying Memorandum, it is, this __2nd_____ day of May 2003, hereby ORDERED and ADJUDGED:

1. That the plaintiff's motion for summary judgment BE, and it hereby IS, GRANTED IN PART, with respect to 96 percent of the funds remaining in the Court registry in this case;

2. That the plaintiff's motion for summary judgment BE, and it hereby IS, DENIED IN PART, with respect to the remaining 4 percent of the funds remaining in the Court registry in this case;

3. That Elizabeth Stacey Czaplicki BE, and she hereby IS, DECLARED the beneficiary of 96 percent of the proceeds of the FEGLI policy;

4. That JUDGMENT BE, and it hereby IS, ENTERED with respect to 96 percent of the remaining proceeds from the FEGLI policy, in favor of the plaintiff and against the defendant;

5. That the Clerk of the Court pay and distribute 96 percent

    of the remaining proceeds of the FEGLI policy held in the Registry of the Court unto Elizabeth Stacey Czaplicki, a minor, by delivering the same to such person who provides evidence to the Clerk that she is guardian of the minor's property pursuant to Md. Code Ann., Est. & Trusts § 13-206.

6. That the defendant's motion for summary judgment BE, and it hereby IS, DENIED IN PART, with respect to 96 percent of the funds remaining in the Court registry in this case;

7. That the defendant's motion for summary judgment BE, and it hereby IS, GRANTED IN PART, with respect to 4 percent of the funds remaining in the Court registry in this case;

8. That JUDGMENT BE, and it hereby IS, ENTERED with respect to 4 percent of the funds remaining in the Court registry in this case, in favor of the defendant and against the plaintiff;

9. That the Clerk of the Court pay and distribute 4 percent of the funds remaining in the Court registry in this case unto Leonard E. Moodispaw, Trustee of the Edward Joseph Czaplicki Irrevocable Insurance Trust; and

10. That the Clerk of the Court send copies of this Order and the Memorandum to counsel for the parties.

                                                /s/SJ

                                _____
                                James K. Bredar

                                          United States Magistrate Judge