IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| STACEY DeGRAW, AS MOTHER AND NEXT FRIEND OF ELIZABETH STACEY CZAPLICKI, A MINOR | * * |
| Plaintiff | *   Civil No. WDQ-02-CV-2862 |
| | (Magistrate Judge Bredar) |
| v. | * |
| LEONARD E. MOODISPAW, TRUSTEE OF THE EDWARD JOSEPH CZAPLICKI IRREVOCABLE INSURANCE TRUST | * * |
| Defendant | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF CHANGE OF NAME OF CROSS-PLAINTIFF
FROM STACEY DeGRAW TO STACEY ANN HAUGHT**

Stacey DeGraw, gives notice that she has resumed her maiden name, and has changed her name from Stacey DeGraw to STACEY ANN HAUGHT, pursuant to Judgment of Absolute Divorce entered in the matter of *DeGraw v. DeGraw*, Circuit Court for Harford County, Maryland, Case No. 12-C-00-001023.

```
                                    _____/s/_____
                                    James B. Larrimore, Esq.    Fed. Bar 05731
                                    SERIO & HIGDON, P.A.
                                    Suite 110 – York Green
                                    1300 York Road
                                    Lutherville, Maryland  21093
                                    410-828-1946;        FAX  410-828-6635
                                         Attorney for Cross-Plaintiff
```

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of June, 2003, a copy of the foregoing was mailed first class, postage prepaid to the following:

David A. Carter, Esq.
**MEYERS, RODBELL & ROSENBAUM, P.A.**
95 Cathedral Street, Suite 100
Annapolis, Maryland  21401

    Attorney for Plaintiff, Metropolitan Life Insurance Company

And to

Peter H. Gunst, Esq.
**ASTRACHAN GUNST THOMAS & AHN, P.C.**
20 S. Charles Street, 6th Fl.
Baltimore, Maryland  21201

    Attorney for Cross-Defendant, Leonard E. Moodispaw,
    Trustee of the Edward Joseph Czaplicki Irrevocable Trust

_____/s/_____
James B. Larrimore, Esq.

JBL:C:DeGraw:  NameChange.US
6-17-2003